In the Matter of DAVID C. LIEBLER, Appellant, against ERNEST E. COLE, as Commissioner of Education of the State of New York, et al., Respondents.—

All concur.

FRED QUELL, Respondent, v. ALFRED MOYLAN et al., Appellants.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS MONSKY, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

All concur.

MARTIN SILBERKRAUS, Respondent, v. SAMUEL ENGLEBARDT, Appellant.—

All concur.

FOURTH DEPARTMENT, NOVEMBER, 1943.

(November 5, 1943.)

SETH BAKER, Individually and as Administrator of the Estate of CHARLES BAKER, Deceased, Respondent, v. ONALEE SPRAGUE et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.